# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>Monument Ventures, LLC[1]<br><br>Debtor | Case No.<br>21-31635-KLP<br><br><br>Chapter 11 Subchapter V |
| In re:<br><br>New Weinberg Properties LLC[2]<br><br>Debtor | Case No.<br>21-31634-KLP<br><br><br>Chapter 11 Subchapter V |

**ORDER ALLOWING FIRST INTERIM AND FINAL APPLICATION OF PAULA S. BERAN, SUBCHAPTER V TRUSTEE FOR ALLOWANCE OF COMPENSATION**
**(Paula S. Beran, Subchapter V Trustee)**

This matter came before the Court upon her First Interim and Final Application for Allowance of Compensation (the "**Application**") filed by Paula S. Beran, Subchapter V Trustee; and it appearing to the Court that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) Paula S. Beran, Subchapter V Trustee provided proper notice of the Application to all necessary parties; (d) no objections to the Application have been filed; and (e) the request for compensation as allowed herein is reasonable, it is hereby ORDERED that:

---

[1] The Debtor's address is P.O. Box 27766 Richmond, VA 23261 and their EIN number is 83-2870819.
[2] The Debtor's address is P.O. Box 27766 Richmond, VA 23261 and their EIN number is 83-2875220.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy: (804) 783-0178

1. The Application is hereby approved;

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application;

3. The request for compensation in the amount of $7,000.00 be and hereby is allowed;

4. The Debtor Monument Ventures, LLC is authorized and directed to pay Paula S. Beran, Subchapter V Trustee $3,500.00 as an administrative expense as provided herein pursuant to the terms of the Plans and Confirmation Orders; and

5. The Debtor New Weinberg Properties LLC is authorized and directed to pay Paula S. Beran, Subchapter V Trustee $3,500.00 as an administrative expense as provided herein pursuant to the terms of the Plans and Confirmation Orders.

ENTERED: Mar 23 2022

/s/ Keith L Phillips
UNITED STATES BANKRUPTCY JUDGE

I ask for this:

Entered On Docket: Mar 23 2022

/s/ Paula S. Beran
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
Telephone: (804) 783-8300
pberan@tb-lawfirm.com
  *Subchapter V Trustee*

Seen and no objection:

/s/ Jason B. Shorter (permission by email dated 3/17/22)
Jason B. Shorter, Trial Attorney
Office of the United States Trustee
701 E. Broad Street suite 4304
Richmond, VA 23219
804-771-2315

## Local Rule 9022-1 Certification

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed Order has either been served upon and/or endorsed by all necessary parties.

/s/ Paula S. Beran
**Paula S. Beran**

**Service List for Entered Order**

Jason B. Shorter, Esquire
Office of the United States Trustee
701 East Broad Street, Room 4304
Richmond, Virginia 23219

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219