# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>    Monument Ventures, LLC[1]<br><br>    Debtor | Case No.<br>21-31635-KLP<br><br>Chapter 11 Subchapter V |
| In re:<br><br>    New Weinberg Properties LLC[2]<br><br>    Debtor | Case No.<br>21-31634-KLP<br><br>Chapter 11 Subchapter V |

### ORDER ALLOWING FIRST INTERIM AND FINAL APPLICATION OF PAULA S. BERAN, SUBCHAPTER V TRUSTEE FOR ALLOWANCE OF COMPENSATION
(Paula S. Beran, Subchapter V Trustee)

This matter came before the Court upon her First Interim and Final Application for Allowance of Compensation (the "**Application**") filed by Paula S. Beran, Subchapter V Trustee; and it appearing to the Court that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) Paula S. Beran, Subchapter V Trustee provided proper notice of the Application to all necessary parties; (d) no objections to the Application have been filed; and (e) the request for compensation as allowed herein is reasonable, it is hereby ORDERED that:

---

[1] The Debtor's address is P.O. Box 27766 Richmond, VA 23261 and their EIN number is 83-2870819.
[2] The Debtor's address is P.O. Box 27766 Richmond, VA 23261 and their EIN number is 83-2875220.

Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

*Subchapter V Trustee*            1

1. The Application is hereby approved;

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application;

3. The request for compensation in the amount of $7,000.00 be and hereby is allowed;

4. The Debtor Monument Ventures, LLC is authorized and directed to pay Paula S. Beran, Subchapter V Trustee $3,500.00 as an administrative expense as provided herein pursuant to the terms of the Plans and Confirmation Orders; and

5. The Debtor New Weinberg Properties LLC is authorized and directed to pay Paula S. Beran, Subchapter V Trustee $3,500.00 as an administrative expense as provided herein pursuant to the terms of the Plans and Confirmation Orders.

ENTERED: Mar 23 2022

/s/ Keith L Phillips
UNITED STATES BANKRUPTCY JUDGE

I ask for this:

Entered On Docket: Mar 23 2022

/s/ Paula S. Beran
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
Telephone: (804) 783-8300
pberan@tb-lawfirm.com
   *Subchapter V Trustee*

Seen and no objection:

/s/ Jason B. Shorter (permission by email dated 3/17/22)
Jason B. Shorter, Trial Attorney
Office of the United States Trustee
701 E. Broad Street suite 4304
Richmond, VA 23219
804-771-2315

## Local Rule 9022-1 Certification

I hereby certify that, pursuant to Local Rule 9022-1, the foregoing proposed Order has either been served upon and/or endorsed by all necessary parties.

/s/ Paula S. Beran
**Paula S. Beran**

**Service List for Entered Order**

Jason B. Shorter, Esquire
Office of the United States Trustee
701 East Broad Street, Room 4304
Richmond, Virginia 23219

Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 21-31635-KLP
Monument Ventures, LLC                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7      User:      Page 1 of 2
Date Rcvd: Mar 23, 2022      Form ID: pdford9      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Monument Ventures, LLC, P.O. Box 27766, Richmond, VA 23261-7766 |
| desig | + Lee Barnes, Jr., P. O. Box 27766, Richmond, VA 23261-7766 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James E. Kane | on behalf of Debtor Monument Ventures LLC jkane@kaneandpapa.com, info@kaneandpapa.com,jason.kane@kaneandpapa.com,jkrumbein@kaneandpapa.com,awilson@kaneandpapa.com,sfalkowski@kaneandpapa.com,carolyncrone@icloud.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Kathryn R. Montgomery | on behalf of U.S. Trustee John P. Fitzgerald III Kathryn.Montgomery@usdoj.gov, june.e.turner@usdoj.gov;theresa.e.mcpherson@usdoj.gov;Shannon.pecoraro@usdoj.gov;jason.b.shorter@usdoj.gov;peggy.t.flinchum@usdoj.gov;Christina.Schruefer@usdoj.gov |
| Paula S. Beran | pberan@tb-lawfirm.com pberan@iq7technology.com;amorris@tb-lawfirm.com |

Paula S. Beran
    on behalf of Trustee Paula S. Beran pberan@tb-lawfirm.com  pberan@iq7technology.com;amorris@tb-lawfirm.com

Robert B. Hill
    on behalf of Creditor Blue Ridge Bank  NA bankruptcy@hillrainey.com, kvillafane@hillrainey.com;hr67619@notify.bestcase.com;thall@hillrainey.com

TOTAL: 6