# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:  Case No. 21-31635-KLP

**Monument Ventures, LLC**

**Debtor**  Chapter 11 Subchapter V

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Paula S. Beran*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. A plan was confirmed on February 16, 2022. No plan payments were made to the trustee. The Court deemed the plan substantially consummated, and pursuant to 11 U.S.C. 11 U.S.C. § 330(a), on March 23, 2022, the Court ordered compensation of $3,500.00 be awarded to the trustee. These funds have not yet been paid by the debtor to the trustee. I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: _March 31, 2022_____  By: _____*/s/ Paula S. Beran*_____
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR E**